STATE OF NEW JERSEY, BY THE COMMISSIONER OF TRANSPORTATION v. THE NEW 88 BOWLING LANES, INC., A CORPORATION OF NEW JERSEY.

November 12, 1985.

Petition for certification denied.